# Mechanics National Bank, Appellant, v. Compton.

*Appeals—Assignments of error—Failure to file assignments.*

An appeal will be quashed where no assignments of error have been filed with the record.

Argued March 14, 1917. Appeal, No. 28, Oct. T., 1916, by plaintiff, from judgment of C. P. Bedford Co., Jan. T., 1914, No. 9, on verdict for defendant in case of Mechanics National Bank of Harrisburg, Pa., to use of B. Brenner now Lewis Silver and Lewis Baturin, Executors of B. Brenner, deceased, v. Lethean Compton and J. C. Compton. Before ORLADY, P. J., PORTER, HENDERSON, KEPHART, TREXLER and WILLIAMS, JJ. Appeal quashed.

Motion to quash appeal.

*Robert Rosenberg,* with him *J. H. Longenecker* and *Jno. E. Patterson,* for appellants.

*E. M. Pennell,* for appellee.

OPINION BY ORLADY, P. J., April 16, 1917:

No assignments of error have been filed in this case. The motion of the appellee to dismiss the appeal for violation of the rules of this court is sustained.

The appeal is quashed.